11/30/2005 11:55 FAX 212 265 2442      SCHNEIDER GOLDSTEIN                          ☑002
NOV. 29. 2005  6:23PM                                                    NO. 3467  P. 2

MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

105 STREET ASSOCIATES, LLC                Index No.: 05-cv-9938

            Plaintiff,

    -against-                                **STIPULATION**
                                          **EXTENDING**
                                          **TIME TO ANSWER**
GREENWICH INSURANCE COMPANY

           Defendant.
--------------------------------------------------------X

    It is hereby stipulated that the time for defendant Greenwich Insurance Company to answer the complaint served herein is extended up to and including December 16, 2005. It is further stipulated that defendant waives any objection to service of process.

Dated: New York, New York
       November 29, 2005

WILSON, ELSER, MOSKOWITZ,                 SCHNEIDER, GOLDSTEIN &
EDELMAN & DICKER LLP                      BLOOMFIELD

_____             _____ (DFS-9886)
By: Jill Cadre                            By: Donald Schneider, Esq.

Attorneys for Defendant                   Attorneys for Plaintiffs
150 East 42nd Street                      90 Broad Street, 6th Floor
New York, New York 10017                  New York, New York 10004
(212) 490-3000                            (212) 265-2266

So Ordered: 2 December 2005

_____
Victor Marrero, USDJ-SDNY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-2-05

2102376.1

RECEIVED TIME  NOV. 30.  11:54AM