UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X

105 STREET ASSOCIATES, LLC

                 a domestic corporation,

           Plaintiff,

    vs.

GREENWICH INSURANCE COMPANY

           a foreign corporation,

           Defendant.

Civil Action
Index No.: 05-603783

**DEFENDANT,
GREENWICH
INSURANCE COMPANY'S
CORPORATE DISCLOSURE
STATEMENT**

----------------------------------------------------------------------- X

Defendant, GREENWICH INSURANCE COMPANY, by and through its attorneys, WILSON,
ELSER, MOSKOWITZ, EDELAMN & DICKER, LLP, hereby files its Corporate Disclosure
Statement in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure:

Defendant, GREENWICH INSURANCE COMPANY, with its principal place of business in
Stamford, Connecticut, is not a publicly held corporation.

      A supplemental disclosure statement will be filed upon any change in the information
provided therein.

      Dated: New York, New York
            November 21, 2005

                        By: _____
                        Jill Cadre (JC-4127)
                        WILSON, ELSER, MOSKOWITZ,
                        EDELMAN & DICKER LLP
                        Attorneys for Defendant
                        150 East 42nd Street
                        New York, New York 10017-5639
                        (212) 490-3000
                        File No.: 06928.00226

STATE OF NEW YORK    )
                                     ss.:
COUNTY OF NEW YORK   )

JILL CADRE, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Yonkers, NY.

That on the 23 day of November, 2005 deponent served the within **CORPORATE DISCLOSURE STATEMENT** upon:

DONALD F. SCHNEIDER
Attorney for Plaintiff
90 Broad Street, 6th Floor
New York, NY 10004
212-265-2266

the attorneys for the respective parties in this action, at the above address designated by said attorneys for that purpose by depositing same, enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Sworn to before me this

23 day of November, 2005.

**LAUREN ROCKLIN**
Notary Public, State of New York
No. 02RO6075371
Qualified in New York County
Commission Expires June 3, 20 06

2100873.1