# AFFIDAVIT OF PERSONAL SERVICE

# AFFIDAVIT OF SERVICE

*SUPREME COURT OF THE CITY OF NEW YORK/ NEW YORK COUNTY*

No. ~~06~~ CV-9938 (VM)

*105 STREET ASSOCIATES, LLC.*
###### Plaintiff,

-against-

*GREENWICH INSURANCE COMPANY,*
###### Defendant.

State Of New York, County of New York SS:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the **13**[TH] day of **APRIL 2007**, At: **12:15 PM**

At: **C/O SCHNEIDER GOLDSTEIN BLOOMFIELD LLP, 90 BROAD STREET, NEW YORK, NEW YORK**

Deponent served the Annexed: **DEFENDANT GREENWICH INSURANCE COMPANY NOTICE OF MOTION FOR SUMMARY JUDGMENT,DEFENDANT GREENWICH INSURANCE COMPANY LOCAL RULE 56.1 STATEMENT, DECLARATION IN SUPPORT, THE AFFIDAVIT OF MICHAEL BARNABA AND SUPPORTING MEMORANDUM OF LAW**

Upon: **DONALD SCHNEIDER**

### PERSONAL SERVICE ON AN INDIVIDUAL
An individual, by delivering thereat a true copy to **JOAN HAMMOND (PARALEGAL)**, who stated, that she the said individual to be *Authorized To Accept Service* on behalf of **DONALD SCHNEIDER** thereof.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BLONDE** App. Age: **50** App. Ht: **5'5"**App. Wt.**130**
Other identifying features:

Sworn to before me this
**13**[TH] day of **APRIL 2007**

LINA B. VARGAS
Notary Public, State of New York
No. 01VA5063776
Qualified in Queens County.
Commission Expires July 29, 200_

JOLANTYNA CAGNEY 116-9105