## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK  )

**GLENN J. FUERTH**, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

That on the 27th day of April, 2007 deponent served the within **DEFENDANT GREENWICH INSURANCE COMPANY LOCAL RULE 56.1 STATEMENT OF CONTESTED FACTS, DELCARATION OF GLENN J. FUERTH IN AND MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S, 105 STREET ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT** upon:

DONALD F. SCHNEIDER
Attorney for Plaintiff
90 Broad Street, 6th Floor
New York, NY  10004
212-265-2266

the attorneys for the respective parties in this action, at the above address designated by said attorneys for that purpose *VIA E-MAIL.*

_____
GLENN J. FUERTH

Sworn to before me this
27th day of April, 2007

_____
Notary public

LORRAINE CARTER
Notary Public, State of New York
No. 01CA5038957
Qualified in Bronx County
Commission Expires February 6, 20 11

2790092.1