## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ss.:
COUNTY OF NEW YORK   )

**LYUDA POLYOVA**, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

That on the 27th day of April, 2007 deponent served the within **DEFENDANT GREENWICH INSURANCE COMPANY LOCAL RULE 56.1 STATEMENT OF CONTESTED FACTS, DELCARATION OF GLENN J. FUERTH IN AND MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S, 105 STREET ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT** upon:

DONALD F. SCHNEIDER
Attorney for Plaintiff
90 Broad Street, 6th Floor
New York, NY 10004
212-265-2266

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of NEW YORK.

_____
LYUDA POLYOVA

Sworn to before me this
27th day of April, 2007

_____
Notary public

LORRAINE CARTER
Notary Public, State of New York
No. 01CA5038957
Qualified in Bronx County
Commission Expires February 6, 2011

2790111.1