UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

105 STREET ASSOCIATES, LLC,                :

                                  Plaintiff,    :
                                                                          05 CV 9938 (VM) (DCF)
          -against-        :

                                                   :    **FURTHER DECLARATION**
GREENWICH INSURANCE COMPANY,    **OF DONALD F. SCHNEIDER**
                                                   :
                                Defendant.    :
----------------------------------------------------------------X

       **DONALD F. SCHNEIDER** hereby declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       1.   I am a member of the Bar of this Court and I am also a member of the law firm of Schneider Goldstein Bloomfield LLP, attorneys for Plaintiff in the above-captioned action. I am personally and fully familiar with the facts hereinafter set forth and I respectfully make this Declaration in opposition to Defendant's motion for summary judgment and in further support of Plaintiff's motion for summary judgment, solely to submit a copy of the invoice of Defendant's coverage counsel, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, for services rendered through September 30, 2004 in connection with the claim concerning the Conrad matter (Exhibit "A").

Dated: New York, New York
      April 26, 2007

                                                   _____
                                                    DONALD F. SCHNEIDER



LAW OFFICES
## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

November 19, 2004
Invoice # 842029
Page     1

BROADSPIRE
Three Connell Drive
Berkeley Heights, NJ  07922

```
Matter            : 105 Street Associates, LLC
Claimant          : Conrad, Richard
Policy Number     : WGG 5001058
Client File Number: P5502044

WEMED File Number : 06928.00226
```

FOR ALL PROFESSIONAL SERVICES RENDERED    IRS # 13-2679447

```
For Professional Services Rendered Through October 20, 2004     2,353.00
For Disbursements Incurred                                         37.00
                                                              -----------
                                    TOTAL                       2,390.00
```

ATTORNEY SUMMARY

| ATTORNEY    | HOURS | RATE   | AMOUNT   |
|-------------|-------|--------|----------|
| BOLTAX R    | 11.90 | 165.00 | 1,963.50 |
| POSTELNEK S |  1.90 | 205.00 |   389.50 |
|             | 13.80 |        | 2,353.00 |

GR 403

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639

(212) 490-3000

BROADSPIRE  
WEMED File # :06928.00226  
Invoice No. 842029

November 19, 2004  
Page    2

ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 9/01/04 | RB | 3.30 | 544.50 | Receive/ review new file. Prepare report. |
| 9/01/04 | RB | 2.40 | 396.00 | Review litigation. Docket Research. Prepare a Stipulation to adjourn time to Answer. Prepare report re: litigation status. |
| 9/01/04 | RB | .40 | 66.00 | Call to counsel for defendant's re: background information of BFP Construction and BFP Partners. Call to plaintiff's counsel re: stip to extend to answer. Memo re: conversation |
| 9/02/04 | SP | .50 | 102.50 | Receipt and review and analysis of amended pleadings to determine if anything changes as a result. |
| 9/02/04 | RB | .70 | 115.50 | Receive/review new information from XL on Conrad matter. Receive fax from plaintiff's counsel re: affidavit of service to the insured. |
| 9/02/04 | RB | .90 | 148.50 | Prepare report. |

REDACTED PER 11/7/06 COURT ORDER

| | | | | |
|---|---|---|---|---|
| 9/08/04 | RB | .80 | 132.00 | Prepare report. Call with defense counsel re: corporate relationship between three defendants. Insurance information re: BFC Construction Corp. |
| 9/09/04 | SP | .50 | 102.50 | Examination of report re: coverage position and further actions to be taken. |

GR 40

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

LAW OFFICES
# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 EAST 42ND STREET
NEW YORK, N.Y. 10017-5639
(212) 490-3000

BROADSPIRE
WEMED File # :06928.00226
Invoice No. 842029

November 19, 2004
Page     3

ITEMIZED SERVICES BILL

| DATE | ATTY | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 9/09/04 | SP | .50 | 102.50 | Review proposed letter to send to insured re coverage position. |
| 9/09/04 | RB | 1.50 | 247.50 | Prepare coverage letter to insured. |
| 9/10/04 | SP | .40 | 82.00 | Review updated correspondence re coverage opinion and recommendation |
| 9/10/04 | RB | .80 | 132.00 | Prepare coverage letter/report. Reserve rights to deny for August 6, 2002 letter. Send to Barnaba with request to forward. |
| 9/20/04 | RB | .40 | 66.00 | Prepare coverage letter to insured. Forward copy to plaintiff's counsel. |

TOTAL                                                               2,353.00

DISBURSEMENTS

| 10/01/04 | Calendar Service 01 E LAW INV# 34667-IN | 28.00 |
| 10/19/04 | Automated Legal Research - 09, LEXIS: 06928.00226 2755      WOLSKI, THOMAS | 4.00 |
| 10/20/04 | Automated Legal Research - 09, LEXIS: 06928.00226 2755      WOLSKI, THOMAS | 5.00 |

TOTAL DISBURSEMENTS                                                   37.00

TOTAL INVOICE                                                       2,390.00

GR 405

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

STATE OF NEW YORK   )
                                   : ss.:
COUNTY OF NEW YORK  )

       **GAYLE KAPLAN**, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

       On April 26, 2007 deponent served the within Plaintiff's Memorandum of Law in Opposition to Defendant's Motion For Summary Judgment and in Further Support of Plaintiff's Motion For Summary Judgment, Plaintiff's Statement Pursuant to Civil Rule 56.1(b) in Opposition to Defendant's Motion For Summary Judgment, Further Declaration of Donald F. Schneider and Declaration of Donald Capoccia in Reply to Defendant's Motion For Summary Judgment upon Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for the defendant, at 150 East 42nd Street, New York, New York 10017, via e-mail at glenn.fuerth@wilsonelser.com upon consent of Glenn Fuerth, Esq., defendant's counsel.

       In addition, on April 26, 2007, deponent served the within Plaintiff's Memorandum of Law in Opposition to Defendant's Motion For Summary Judgment and in Further Support of Plaintiff's Motion For Summary Judgment, Plaintiff's Statement Pursuant to Civil Rule 56.1(b) in Opposition to Defendant's Motion For Summary Judgment, Further Declaration of Donald F. Schneider and Declaration of Donald Capoccia in Reply to Defendant's Motion For Summary Judgment upon Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for the defendant, at 150 East 42nd Street, New York, New York 10017, by depositing true copies of same, enclosed

in post-paid properly addressed wrappers in an official depository under the exclusive custody and control of the United States Postal Service within the State of New York.

/s/ Gayle Kaplan<br>
GAYLE KAPLAN

Sworn to before me this
    day of April, 2007

_____
            Notary Public

S:\docs\BFC\Conrad\Greenwich Ins\affidavit of service via e-mail & mail.wpd