# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017-5639
Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wemed.com

April 13, 2007

**BY HAND DELIVERY**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-07

Re:   105 Street Associates, LLC v. Greenwich Insurance Company
      05-CV-9938 (VM) (DCF)

Dear Judge Marrero:

Enclosed pursuant to your rules, are two courtesy copies of Defendant, Greenwich Insurance Company's Notice of Motion for Summary Judgment, Local Rule 56.1 Staement of Material Facts, my Declaration in Support, the Affidavit of Michael Barnaba and the supporting Memorandum of Law.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Glenn J. Fuerth

SO ORDERED: [signature]

GJF:

Cc: Donald F. Schneider, Esq. (by hand delivery)

2769696.1