## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

*Ana L. Galdamez*, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

That on the 11th day of May, 2007 deponent served the within MEMORANDUM OF LAW OF DEFENDANT GREENWICH INSURANCE COMPANY IN REPLY TO PLAINTIFF'S OPPOSITION AND IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT upon:

> DONALD F. SCHNEIDER
> Attorney for Plaintiff
> 90 Broad Street, 6th Floor
> New York, NY 10004
> 212-265-2266

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
ANA L. GALDAMEZ

Sworn to before me this
11th day of May, 2007

_____
Notary public

MARCIA SAUNDERS
NOTARY PUBLIC, State of New York
No. 31-4717571
Qualified in New York County
Commission Expires May 31, 2010

2806394.1