09/12/2007 10:12 FAX 212 265 2442    SCHNEIDER GOLDSTEIN                                    ☒002

# SCHNEIDER GOLDSTEIN BLOOMFIELD LLP

COUNSELLORS AT LAW
90 BROAD STREET, 6TH FLOOR
NEW YORK, NY 10004

(212) 265-2266

JAY BLOOMFIELD
HARVEY N. GOLDSTEIN
DONALD F. SCHNEIDER

FAX: (212) 265-2442
EMAIL@LEXNEWYORK.COM

September 12, 2007

**VIA FACSIMILE (212) 805-6382**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9-12-07

Re:   105 Street Associates, LLC v. Greenwich Insurance Company
      05 CV 9938 (VM)(DCF)

Dear Judge Marrero:

    We represent Plaintiff in the above-referenced action. I write with the consent of Defendant's counsel to request an adjournment of the conference scheduled for September 14, 2007 in your Memorandum and Order dated September 5, 2007. The reason for the request is that September 14 is a religious holiday for me.

    Your law clerk suggested alternative dates of October 12 and October 19, 2007. Both Defendant's counsel and I are available in the morning on October 12 but not October 19.

    We thank you for your time and attention to this matter.

Respectfully submitted,

*[signature]*

Donald F. Schneider

DFS/wws

cc:   Glenn Fuerth, Esq. (via fax)

> Request GRANTED. The next status
> conference herein is rescheduled to 10-26-07
> at 9:45 a.m.
>
> SO ORDERED.
>
> 9-12-07              *[signature]*
> DATE                 VICTOR MARRERO, U.S.D.J.

S:\docs\BFC-Conrad\Greenwich Ins\ltrs memos\Ltr to Hon. Victor Marrero.9-12-07