# SCHNEIDER GOLDSTEIN BLOOMFIELD LLP

COUNSELLORS AT LAW

90 BROAD STREET, 6TH FLOOR

NEW YORK, NY 10004

(212) 265-2266

JAY BLOOMFIELD
HARVEY N. GOLDSTEIN
DONALD F. SCHNEIDER

FAX: (212) 265-2442
EMAIL&LEXNEWYORK.COM

September 17, 2007

**VIA FACSIMILE (212) 805-6382**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-07

Re:   105 Street Associates, LLC v. Greenwich Insurance Company
      05 CV 9938 (VM)(DCF)

Dear Judge Marrero:

We represent Plaintiff in the above-referenced action. We write with the consent of Defendant's counsel to request an adjournment of the conference scheduled for October 26, 2007 in your Order of September 26, 2007.

I have a conflict on October 26, 2007. I have conferred with Defendant's counsel about his availabilities. The next Friday on which we are both available for a conference is November 9, 2007.

We thank you for your time and attention to this matter.

Respectfully submitted,

Donald F. Schneider

DFS/wws

cc:   Glenn Fuerth, Esq. (via fax)

S:\Docs\BFC Conrad\ltrs & memos\Ltr to Honorable Victor Marrero.9-17-07

Request GRANTED. The next status conference herein is rescheduled to 11-9-07 at 1:45 p.m.

SO ORDERED.

9-17-07
DATE            VICTOR MARRERO, U.S.D.J.