# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017-5639
Tel: (212) 490-3000   Fax: (212) 490-3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wemed.com

November 2, 2007

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-07

Re: 105 Street Associates v. Greenwich Insurance Company
05-CV-9938 (VM) (DCF)

Dear Judge Marrero:

I write to you to respectfully request an adjournment of the November 9, 2007, Pre-Trial Conference in the above matter, as I am required to take my daughter for an interview at Skidmore College in Saratoga, New York on that day. I have spoken with Mr. Schneider, counsel for plaintiff and he has agreed to same. However, as he is scheduled for surgery on November 12, 2007, and will require 4-6 weeks of home recuperation, it is our understanding that **January 4, 2008, at 1:15 pm** is a date that you have available for the Pre-Trial Conference. Accordingly, it is requested that the Pre-Trial Conference be adjourned to that date.

I thank you for your understanding and consideration.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Glenn J. Fuerth

GJF:

Cc: Donald F. Schneider, Esq. (via facsimile)

3031899.1

Request GRANTED. The next pretrial conference herein is rescheduled to 1-4-08 at 1:15 p.m.

SO ORDERED.

11-2-07
DATE   VICTOR MARRERO, U.S.D.J.