# SCHNEIDER GOLDSTEIN BLOOMFIELD LLP

COUNSELLORS AT LAW

90 BROAD STREET, 6TH FLOOR

NEW YORK, NY 10004

(212) 265-2266

JAY BLOOMFIELD
HARVEY N. GOLDSTEIN
DONALD F. SCHNEIDER

FAX: (212) 265-2442
EMAIL@LEXNEWYORK.COM

December 31, 2007

**VIA FEDERAL EXPRESS**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *105 Street Associates LLC v. Greenwich Insurance Company*
               05-CV-9938 (VM) (DCF)

Dear Judge Marrero:

      We represent Plaintiff in the above-referenced action. I write with the consent of Defendant's counsel to request an adjournment of the conference scheduled for January 4, 2008. I have recently undergone surgery and my convalesence has taken longer than initially expected.

      In addition, it should be noted that in the underlying personal injury action, pending in the Supreme Court of the State of New York, County of New York, oral argument of my client's motion for summary judgment for full indemnity from a third party will be argued. If such motion is granted, that may eliminate the need for a trial of the within action.

      Accordingly, we respectfully request that the conference be adjourned to February 29 or March 7, 2008, on both of which dates all counsel are available.

      Thank you for your time and attention to this matter.

Respectfully submitted,

Donald F. Schneider

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DFS/gk
Cc: Glenn Fuerth, Esq. (via E-Mail)

S:\docs\BFC\Conrad\Greenwich Ins\ltrs memos judge marrero ltr 12-31-07

Request GRANTED. The next status conference herein is rescheduled to 2-29-08 at 2:45 p.m.

SO ORDERED.

1-4-08
DATE    VICTOR MARRERO, U.S.D.J.