```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

105 STREET ASSOCIATES, LLC,

                  Plaintiff,

— against —                05 Civ. 9938 (VM)

GREENWICH INSURANCE COMPANY,      **ORDER**

                  Defendant.

**VICTOR MARRERO, United States District Judge.**

Counsel on behalf of the parties having notified the Court, at the conference with the Court on February 29, 2008, that related litigation in state court may moot the dispute in this action and that it would therefore serve judicial economy to await a determination of a pending dispositive motion in the state court proceeding, it is hereby

**ORDERED,** that this action be placed on the Court's Suspense Docket for a period of one hundred twenty days (120) days of the date of this Order; and it is further

**ORDERED** that counsel for plaintiff inform the Court within sixty (60) days of this Order of the status of such other litigation and the prospects of resolution through such proceedings. In the event upon such notification plaintiff reports that the matter is not likely to be resolved by such other litigation, the Court shall promptly restore the action to its active docket and the parties shall be directed to appear before

the Court to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         29 February 2008

                                          VICTOR MARRERO
                                             U.S.D.J.