# SCHNEIDER GOLDSTEIN BLOOMFIELD LLP

COUNSELLORS AT LAW

90 BROAD STREET, 6TH FLOOR

NEW YORK, NY 10004

(212) 265-2266

JAY BLOOMFIELD
HARVEY N. GOLDSTEIN
DONALD F. SCHNEIDER

FAX: (212) 265-2442
EMAIL@LEXNEWYORK.COM

April 24, 2008

APR 25 2008

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *105 Street Associates LLC v. Greenwich Insurance Company*
05-CV-9938 (VM) (DCF)

Dear Judge Marrero:

In accordance with your directive, we write to advise you that we are still awaiting a decision on the subject motion in the underlying personal injury action.

Respectfully submitted,

Donald F. Schneider

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-08

DFS/gk
Cc: Glenn Fuerth, Esq.

The Court acknowledges the timely response to the Court's prior order in this matter and directs plaintiff to provide an updated status report within 60 days of the date of this order.

SO ORDERED:
4-25-08
DATE        VICTOR MARRERO, U.S.D.J.

S:\docs\BFC\Conrad\Greenwich Ins\ltrs memos\judge marrero ltr 4-24-08