```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
105 STREET ASSOCIATES, LLC,

                        Plaintiff,

        — against —                          05 Civ. 9938 (VM)

GREENWICH INSURANCE COMPANY,                 ORDER


                        Defendant.
----------------------------------------
```

**VICTOR MARRERO, United States District Judge.**

By Order dated April 28, 2008, the Court granted the request plaintiff herein to maintain this action on the Court's Suspense Docket pending a decision in a related action in state court. The Court directed plaintiff to submit an updated status report within 60 days of that Order. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that plaintiff herein clarify the status of this action and indicate whether the case remains active or should be closed on the Court's docket. In the event no timely response is made to this Order by September 9, 2008, the Court may direct that the action be dismissed and the case closed for lack of prosecution and/or failure to comply with a Court order.


**SO ORDERED.**

Dated:      New York, New York
            5 September 2008

                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J.